ACCEPTED
06-15-00122-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/12/2015 4:07:47 PM
DEBBIE AUTREY
CLERK

No. 06-15-00122-CR

**IN THE COURT OF APPEALS**
**SIXTH DISTRICT**
**AT TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/12/2015 4:07:47 PM
DEBBIE AUTREY
Clerk

**DAVID SYLVESTER CHAMBERS, Appellant**

*v.*

**THE STATE OF TEXAS**

**APPELLANT'S MOTION FOR AN EXTENSION OF TIME**
**TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:

Comes now, David Sylvester Chambers, Appellant in the above styled and numbered cause and would show this honorable Court the following:

**I.**

Chambers was convicted in the above cause of theft of property with a value over $1500.00 and under $20,000.00. Punishment, enhanced by two prior felony convictions, was assessed at 15 years of imprisonment. Notice of appeal was timely filed and the appeal docketed in this Court after transfer from the Tenth Court of Appeals.

**II.**

The clerk's record was filed on July 22, 2015. The reporter's record was filed on August 20, 2015. The appeal was abated by order of this Court on September 17, 2015. The appeal was reinstated on September 23, 2015, upon filing of a supplemental clerk's record. Appellant's brief is due on October 23, 2015.

**III.**

Appellant seeks a 60 day extension of the current deadline in which to file Appellant's brief, up to and including, December 22, 2015.

**IV.**

This request is based on the following facts which prevent counsel for Appellant from preparing the brief by the current deadline:

The record in this cause is voluminous. It is comprised of eleven volumes and various electronic exhibits admitted at trial. Counsel has not had an opportunity to review the record and prepare Appellant's brief by October 23, 2015. Filing of the brief cannot be accomplished by the current deadline while still effectively representing Appellant on direct appeal to this Court.

Additionally, counsel cannot meet the current deadline and needs a 60 day extension because: since the reporter's record was filed in this cause, counsel has prepared and filed an appellant's brief in *Petetan v. State* in the Court of Criminal

2

Appeals; an appellant's motion for rehearing in *Luna v. State* in the Thirteenth Court of Appeals; an applicant's findings of fact and conclusions of law in *Ex parte Wimberly* in the Court of Criminal Appeals; an appellant's petition for discretionary review in *Crawford v. State* in the Court of Criminal Appeals; an appellant's brief in *Reyes v. State* in the Third Court of Appeals; and prepared for and presented oral argument in *Crayton v. State* in the Third Court of Appeals. Further, counsel is currently working on an appellant's petition for discretionary review in *Luna v. State* due in the Court of Criminal Appeals on final extension on November 4, 2015.

### V.

Appellant's first request for an extension was overruled as premature. This is his second request and will be his last.

### PRAYER

Appellant requests this Court grant the motion and extend the time to file Appellant's brief by 60 days, up to and including December 22, 2015.

Respectfully submitted,

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300

1411 West Ave., Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594
wetzel_law@1411west.com

Attorney for Appellant
David Sylvester Chambers

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of this pleading was emailed to Counsel for the State of Texas, Doug Howell, Assistant District Attorney, at his email address maintained in Brazos County at dhowell@co.brazos.tx.us on this the 12th day of October, 2015.

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300